No. A–195. SOUTHERN LIFE & HEALTH INSURANCE CO. ET AL. v. TURNER. Sup. Ct. Ala. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1006. IN RE DISBARMENT OF SNEED. Disbarment entered. [For earlier order herein, see 501 U. S. 1203.]

No. D–1010. IN RE DISBARMENT OF BOLTON. George J. Bolton, of North Miami Beach, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 17, 1991 [501 U. S. 1215], is hereby discharged.

No. D–1019. IN RE DISBARMENT OF TURNER. Disbarment entered. [For earlier order herein, see 501 U. S. 1228.]

No. D–1020. IN RE DISBARMENT OF DELLA-DONNA. Disbarment entered. [For earlier order herein, see 501 U. S. 1248.]

No. D–1022. IN RE DISBARMENT OF GELMAN. Disbarment entered. [For earlier order herein, see 501 U. S. 1268.]

No. D–1027. IN RE DISBARMENT OF SAGEN. Disbarment entered. [For earlier order herein, see 501 U. S. 1269.]

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $10,705.20 for the period April 1 through June 30, 1991, to be paid equally by the parties. Motion of New Mexico to review the River Master's final report for Water Year 1990 denied. [For earlier order herein, see, e. g., 500 U. S. 902.]

No. 90–209. CALIFORNIA v. SALGADO, 500 U. S. 901. Motion of respondent to retax costs denied.

No. 90–918. FRANKLIN v. GWINNETT COUNTY PUBLIC SCHOOLS ET AL. C. A. 11th Cir. [Certiorari granted, 501 U. S. 1204.] Motion of petitioner to dispense with printing the joint appendix granted. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 90–1205. UNITED STATES v. MABUS, GOVERNOR OF MISSISSIPPI, ET AL.; and
No. 90–6588. AYERS ET AL. v. MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S.